

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Charles R. Johnson, Sr., Appellant

No. 06-23-00014-CV      v.

Kinetic by Windstream, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 21C0612-202). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

      We further order that the appellant, Charles R. Johnson, Sr., pay all costs incurred by reason of this appeal.

RENDERED APRIL 14, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk